UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:21 CR 32 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| ANTONIO M. COOK, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Antonio M. Cook, which was referred to the Magistrate Judge with the consent of the parties.

On January 28, 2021 the government filed a 2 count Indictment, charging Defendant Antonio M. Cook with Felon in Possession of Firearm(s), in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On May 13, 2022 Magistrate Judge Parker held an arraignment, during which Mr. Cook entered a plea of not guilty to the charges. On September 15, 2022 Magistrate Judge Parker received Defendant's plea of guilty to counts 1 and 2 of the Indictment, without a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Cook is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the

plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Antonio M. Cook is adjudged guilty to counts 1 and 2 of the Indictment, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on January 4, 2023 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 5, 2022